1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RODRIGO B. DE LOS REYES, *et al.*,         )
                                           )
                    Plaintiffs,            )         Case No. 2:14-cv-00135-MMD-CWH
                                           )
vs.                                        )         **ORDER**
                                           )
BANK OF AMERICA, N.A., *et al.*,           )
                                           )
                    Defendants.            )
_____)

This matter is before the Court on Plaintiffs' Counsel Michael J. Harker's Response to the Order to Show Cause (#18) and Notice of Certification (#17), both filed on April 22, 2014. On April 4, 2014, the Court issued an Order denying the parties' Proposed Discovery Plan and Scheduling Order (#11). *See* Order #12. In doing so, the Court noted that the parties failed to comply with Local Rules ("LR") 26-1 and 26-4. Accordingly, the Court ordered all counsel of record, including Michael J. Harker, to submit a notice to the court by April 11, 2014 certifying that they have reviewed the corrections listed in the order in addition to LR 26-1. Michael J. Harker failed to comply with the Court's Order. Accordingly, the Court issued an Order to Show Cause why Michael J. Harker should not be sanctioned on April 17, 2014. *See* Order #14.

After careful review of the response brief and certification that Michael J. Harker has reviewed the corrections and LRs 26-1 and 26-4, the Court finds that no sanctions are warranted at this time. However, Michael J. Harker is on notice that future violations of LRs 26-1 and 26-4 or Court orders may result in sanctions.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that sanctions, including monetary sanctions and a recommendation for civil contempt, shall not be imposed on Michael J. Harker for his failure to comply with a court order in violation of Federal Rule of Civil Procedure 16(f) and Local Rule

1   IA 4-1.

2        DATED this 23rd day of April, 2014.

3

4   _____
    **C.W. Hoffman, Jr.**

5   **United States Magistrate Judge**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -